UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
-----                                        :
UNITED STATES OF AMERICA,                    :
                                             :
                             Plaintiff,      :        MEMORANDUM AND
                                             :            ORDER
            -against-                        :
                                             :        09-CV-3465 (ENV)(VVP)
CHARLES H. WILLIAMS a/k/a Charles            :
Henry J. Williams,                           :
                                             :
                             Defendant.      :
-------------------------------------------------------------- x

VITALIANO, D.J.

        The government filed this action on August 10, 2009 against defendant

Charles H. Williams in connection with defendant's default on a federally insured

student loan.  Defendant failed to answer the complaint, the Clerk of Court noted

defendants' default, and the government moved for default judgment.  On October

28, 2009, the Court granted the motion with referral to Magistrate Judge Victor V.

Pohorelsky for a report and recommendation ("R&R") as to appropriate relief.  In

an R&R issued on April 30, 2013, Judge Pohorelsky recommended that the

government be awarded a default judgment in the amount of $5,140.90 for unpaid

principal and prejudgment interest through April 30, 2013, plus additional

prejudgment interest at the rate of $0.31 per day from May 1, 2013 to the date of

judgment, and $350 in costs.

        In reviewing a report and recommendation of a magistrate judge, a

district judge "may accept, reject, or modify, in whole or in part, the findings or

1

recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  Further, a

district judge is required to "determine de novo any part of the magistrate judge's

disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3); see also

Arista Records, LLC v. Doe 3, 604 F.3d 110, 116 (2d Cir. 2010).  But, where no

timely objection has been made, the "district court need only satisfy itself that there

is no clear error on the face of the record" to accept a magistrate judge's report and

recommendation.  Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)

(quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

No objections have been filed.  After careful review of the record, the

Court finds the R&R to be correct, well-reasoned, and free of any clear error.  The

Court, therefore, adopts the R&R in its entirety as the opinion of the Court.

Judgment shall enter in favor of the government and against defendant Williams as

follows: (1) $5,140.90 for unpaid principal and prejudgment interest through April

30, 2013; (2) additional prejudgment interest at the rate of $0.31 per day from May

1, 2013 to the date of judgment; and (3) $350 in costs.

The Clerk of Court is directed to enter judgment and to close this case.


SO ORDERED.

Dated:      Brooklyn, New York
            June 13, 2013

                                        s/ ENV

                                        _____
                                        ERIC N. VITALIANO
                                        United States District Judge


2